Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19778−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Veronica C. Radgman
    702 Wakefield Road
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−5479

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/8/20 at 09:00 AM

to consider and act upon the following:

28 − Creditor's Certification of Default (related document:26 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/15/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 6/16/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court