Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19778−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Veronica C. Radgman
   702 Wakefield Road
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−5479

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/8/20 at 09:00 AM

to consider and act upon the following:

*28* − Creditor's Certification of Default (related document:26 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/15/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 6/16/20

                                                         Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Veronica C. Radgman  
    Debtor

Case No. 18-19778-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 16, 2020  
                    Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.  
db        +Veronica C. Radgman,    702 Wakefield Road,    Neptune, NJ 07753-4239  
cr        +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
        Kevin C. Fayette    on behalf of Debtor Veronica C. Radgman kfayette@kevinfayette.com  
        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                  TOTAL: 7