UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on November 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Veronica C. Radgman

Debtor(s)

Case No.: 18-19778 / MBK

Hearing Date: 11/23/2021

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: November 23, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $32,666.00 paid to date

- Debtor(s) shall remit $832.00 per month to the Trustee for 18 months beginning 12/01/2021

- Debtor to sign up for Ewage or TFS in 7 days.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:  
Veronica C. Radgman  
    Debtor

Case No. 18-19778-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Nov 24, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Veronica C. Radgman, 702 Wakefield Road, Neptune, NJ 07753-4239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kevin C. Fayette | on behalf of Debtor Veronica C. Radgman kfayette@kevinfayette.com |
| Rebecca Ann Solarz | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Nov 24, 2021 Form ID: pdf903 Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7