Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                         Case No.: 18−19778−MBK
                         Chapter: 13
                         Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Veronica C. Radgman
   702 Wakefield Road
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−5479

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Veronica C. Radgman</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.


Dated: August 28, 2023
JAN: mjb

                                                      <u>Jeanne Naughton, Clerk</u>